United States Bankruptcy Court

Western District of Washington

Name of Debtor(s): Kenneth L Hicks
Case No: 13-41543

Chapter: 13

This change of mailing address is requested by the Creditor, CFS2.

Our old mailing address is:

2488 E 81st St
Suite 500 - 600
Tulsa OK 74137

Our new mailing address is:

4500 S 129th E Ave
Suite 124
Tulsa OK 74134

_____
Megan Carr

7/19/2019
Date